**Order filed October 6, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00332-CR
_____

## EX PARTE JORGE ALBERTO PEREZ

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCR-056797A**

## ORDER

On the State's motion, oral argument in this appeal has been rescheduled for **Thursday, November 10, 2016, at 1:30 PM.**

The State shall ensure any additional record volumes are filed in sufficient time for it to file its brief by **October 20, 2016**.

Appellant may file a reply brief to address any point raised by the additional record volumes and/or the State's brief. The reply brief is due by **November 3, 2016**.

No further extensions shall be granted.

PER CURIAM